UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS M. KRIKORIAN,
DEBORAH S. KRIKORIAN and
FIRST PLACE BANK,

        Defendants.

Case No. 13-cv-11941
Hon. Nancy G. Edmunds

_____

## STIPULATION FOR 90-DAY STAY OF PROCEEDINGS

The parties hereto stipulate to a 90-day stay of proceedings in this matter for the purpose of allowing the parties to explore and finalize settlement negotiations. Settlement discussions are ongoing. Following the expiration of the 90-day stay, if this matter has not been successfully resolved, defendants Thomas Krikorian and Deborah Krikorian will file an answer to plaintiff United States of America's complaint on Monday, September 30, 2013.

s/ with consent of Lisa L. Bellamy
U.S. DEPARTMENT OF JUSTICE
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6416
lisa.l.bellamy@usdoj.gov

s/ Norman C. Ankers
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendants Thomas
   Krikorian and Deborah Krikorian
2290 First National Building
Detroit, Michigan 48226
(313) 465-7306
nankers@honigman.com
P30533

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS M. KRIKORIAN,
DEBORAH S. KRIKORIAN and
FIRST PLACE BANK,

        Defendants.

Case No. 13-cv-11941
Hon. Nancy G. Edmunds

_____

## ORDER FOR 90-DAY STAY OF PROCEEDINGS

The parties having stipulated to the relief herein;

IT IS HEREBY ORDERED that there shall be a 90-day stay of proceedings in this matter to allow the parties to pursue settlement negotiations.

IT IS FURTHER ORDERED that in the event this matter has not been successfully resolved, defendants Thomas Krikorian and Deborah Krikorian shall file their answer to plaintiff United States of America's complaint on Monday, September 30, 2013.

        s/ Nancy G. Edmunds
        NANCY G. EDMUNDS
        UNITED STATES DISTRICT JUDGE

Date: July 8, 2013